# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146896 & (11)(15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

        SC: 146896
        COA: 314069
        Wayne CC: 11-009587-FH

TAUREAN EMILE BROOKINS,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 27, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for new appeal of right and appointed appellate counsel and the motion for evidentiary hearing are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



t0617

                   Clerk